UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CARL C,GILBERT,II,
                    PLAINTIFF,

20 CV 194 JDP

CASE NO._____

42 U.S.C. § 1983
(IMMINENT DANGER-COMPLAINT)

            V.


STATE OF WISCONSIN,
DEPARTMENT OF HEALTH SERVICES,
ANDREA PALM, GOVERNOR-TONY EVERS,
SAND RIDGE SECURE TREATMENT CENTER,
DOUG BELLIE, DANIEL KATTENBRAKER,MICHAEL LUTZ,
DOCTER-NESS,NATHAN HEGGESETH, KIMBERLY HALL,LAURA THOMAS,
KAYLA REIMANN,JUSTINE STINMETZ, DOCTER-JOHNSTON, JASON SMITH,
MICHAEL WINTHER, ERNIE MARSHALL, MEGAN L. MILLER, GOVERNOR-TONY EVERS,
KATHERINE KIDD, With (1) To (120) TREATMENT STAFFS,PROVIDERS, DIRECTORS,
WITH (1) TO (180) SAND RIDGE SECURE TREATMENT-STAFFS AND OFFIAIALS ,
 AND WITH (1) TO (60) MEDICIAL STAFFS AT (SRSTC).
THEY ARE BEING SUED IN THEIR "INDIVIDUAL" AND "OFFICIAL CAPACITY".
            "UNDER COLOR OF LAW"
                    DEFENDANTS.

This Is A Civil Rights Action Pursuant To 42 U.S.C. §1983, IN Which Is Being Brought By The Plaintiff In The Above-Case As A Pro se, Against The Defendants For Acts And Omissions Described In Section Title 28 U.S.C. § 1331 And  42 U.S.C. § 1983.. I Am Not A Inmate, I Am A Patient Under Wis. Stats. § 980 And § 51.

        This Also Being Brought By Plaintiff In The Above-Entitled Case For Acts And Omissions Described In State And Federal Laws, Constitutional Rights Violations And Deprivations.
Causing Injury To The Plaintiff's Person And Property Where He Is Entitled By Laws To Civilly And Criminal Redress..

                    Preliminary Restraining Order And
                    Preliminary Injunction  (TRO/PI)
            Dale v. Lappin,316 F.d 652,655-56 (7th Cir. 2004)

United States District Court Of The Seventh Circuit 2016; 2006 U.S. Dist. Lexis 40702,
O'Neal v. Coleman (June 16, 2006).

1

United States District Court For The Western District Of Wisconsin, 2006U.S. Dist. Lexis 40702, 06-C-243-C; And West v. Shweke, ( " As A "Patient" Not " Inmate" Going Pro Se, Plaintiff On " Affidavit Of Indigency)..Also, SEE: Supreme Court Of Wisconsin 2011, 2011 WI. 83, State V. West,336 Wis. 2d. 578, 800 N.W. 2d. 929, 2011 Wisc. Dist. Lexis 372.

Jury Demanded

Pursuant To Wisconsin Constitution,Article 1, Sec. 5, The Plaintiff Is Entitled To Have All Facts Put Before A Jury For Determinations.

Jurisdictions

This Court Shall Have Original Jurisdiction Prescribed Is Subsection Title 28 U.S.C. § 1331 And 42 U.S.C. § 1983.

This court Shall Have Judicial Jurisdiction Pursuant To Article III, Sec. 2 (1) Notice Pursuant To 201 (d) To Title 28 U.S.C. § 1733 (b).

Parties

1.) Pro Se, Plaintiff, Carl C, Gilbert,II, Whom Is A "Patient", Under The 980-Civil Commitment As A (Sexual Violent Person). And Not A Inmate Under State Law, Is At: Sand Ridge Secure Treatment Center, 1111 North Road,Mauston, WI. 53948-0800.

2.) Defendant-State Of Wisconsin

3.) Department Of Health Services, (DHS)-Secretary, Andrea Palm, She's The (DHS) Secetary And She Is In Care, Custody And Control Of The Department Of Health Services Within The State Of Wisconsin. Also, Is In Supervises All Treatment-Staffs,Correctional Official, Medical Staffs And/Or Employees Within The (DHS) (DOC) And In (SRSTC). Sand Ridge Secure Treatment Center Where I Am Residing At And Incidents Of Violations Occurred. Whom And Where She Is Located At: Department Of Health Services,1 West Wilson Street, P.O. Box 7850, Madison,WI. 53707-7850

4.) State Of Wisconsin- Governor Tony Evers, He's The Governor Of The State Of Wisconsin, And He Is His Official Duties And Obligations As A Governor As Defined In (State) and (Federal) Statutes And Mandates This Governor_ Tony Evers,Civil And Individual Requirements . Under Color Of Any Laws. He Also Has Complete Control,Custody And Safety Of All Patients Within (SRSTC), (DHS) And Within The (DOC) With All Staffs, Officials State Employees, Including All Patients Under Chapter Wisconsin, Wis. Stats. §980 And Wis. Stats. § 51.. Whom Address Is: Tony Evers-Governor, 1 West Wilson Street, P.O Box 7850,Madison, WI. 53707-7850

Additional Defendants

5.) Doug Bellie-Director, At (SRSTC),
6.) Daniel Kattenbraker- Medial Director
7.) Dr. Ness- Doctor, MD.

2

8.) Nathan Heggesth- Physical Therapist
9.) Kimberly Hall- Supervior Nurse, Unit Manager, For Skill Care Unit
10.) Laura Thomas- Supervisor Nurse
11.) Kayla Reimann- Nurse
12.) Michael Lutz- Unit Manager
13.) Justine Steinmetz-Nurse
14.) Cory Smith-Client Rights Facilitator
15.)Jodie Beloungy- Client Rights Facilitator
16.)Ann Moran- Deputy Director
17.)Mitchell Lenski- Investigation Caption
18.) And (1) To (120)- Additional (John Does) And (Jane Does) Defendant's
19.) Megan L, Miller-Treatment Provider
20.) Governor- Tony Evers, Of The State Of Wisconsin.

## Claim:

1.)I, Carl C, Gilbert,II, (#100460) Is A Civilly Committed :Patient", Not A Inmate Under The Department Of Health Services And Committed Under The (Sexual Violent Person Act). Under Wis. Stats. § 980 Chapter Of The State Of Wisconsin.1.)

2.) I've been Civilly Commitment As A ( SEXUALLY VIOLENT PERSON) Since 02/08/2008, And Been At (SRSTC), Sand Ridge Secure Treatment Center, Since 08/27/2010.

3.) From (08/27/2010) At (SRSTC), I, Pro se, Plaintiff, Carl C, Gilbert,II, Had At Least (1) One Right Knee Scopes On My Right Knee, Due To Serious Right Knee, Chronic Pain, Swelling In The Right Knee, No Bone In My Joint, Etc., Etc.,..

4.) All Fore-Named Parties/Defendants Did Have Direct, Personal Acknowledgment Of My Serious Right Knee Problems And Deliberately, Intentionally, Knowingly, Willingly And Maliciously Failed To Provide Any  Adequate Medial Health Care And Treatment Nor Any Pain Pills To Lessen The Chronic Pain And Suffering That I Felt For Many Years, Months And Days For The Pass (7) Or (8) Years. Through Many Of Stated Years Complaining And Getting Nothing Done.

5.) I've Been Suffering In Great Chronic Pain Which Has Caused Me And My Right Knee To Continuously Deteriorate Swell, Pop, Lock-up, Having No Bones Nor Cartilages In My Right Knee, Also, Being Told By Their Doctors, Medial Staffs, Doctors At (SRSTC), At Their Medical Clinics Hospitals In Town, Mile Bluffs Hospital And UW-HOSPIAL?CLINIC In Madison,WI., That They Can Not Do Anything For Me And/Or I Am To Young For A Right Knee Replacement On My Right Knee. Almost Close To (5) Or (6) Years Ago Which Again I Was Not Given No Type Of Medication To Reduce Any Of My Pain And Suffering.

6.) I Filed Many Complaints, (Appeals) To All Parties/Defendants Through The Complaint-System For Many Years, Also , To The (DHS), Department Of Health Services, And To (former) Governors, And To Governor-Tony Evers, Administration Members,Councils Under Several Branches. Again Nothing Nor No One Cared Nor Bother To Intervene The Lack Of Medial Health Care And Treatment. And To Provide My Right Knee Replacement Surgery, To Provide Adequately Pain Pills For My Chronic Pain And Suffering Over The Many Years.

3

7.) I Was Delayed, Denied, Refused, "Stopped/Subdued And Hindered By All Parties/Defendants, Medial Staffs, Staffs Because In-house Medical Staffs Recommended That I Did Not, Do Not Need A Right Knee Placement Surgery For Many Years And Did Only Right Knee Scopes On My Right Knee . Delaying To Give Me Medical Health Care And Treatment. Also, To Delay, Deny, Hinder And Clearly Refuse My 8th , 9th And 14th Amendment Rights. Which Again, I Was Not Given No Pain Pills To Treat My Chronic On- Going Pain And Suffering For Many Years, Months, Days,

8.) On About (03/4/2019), I Had My Right Knee Surgery After Being Threaten By All Parties/Defendants At Sand Ridge Secure Treatment Center (SRSTC), And Each Had Full Acknowledgment, Personally Involved And Who Knew And/ Or Should Have Known I Was (am) Being Deliberately, Intentionally, Knowingly, Willingly And Maliciously Being (Been) Deprived My Constitutional Rights.

9.) I Believe That I Was Seen By Several Doctors At (SRSTC) , And At Each Fore-Mention Hospitals At (UW-HOSPITAL/CLINICS) And MILE BLUFF. And I Was Scheduled To Have My Right Knee Replacement Surgery To Be Done At (Mile Bluff Hospital) By Doctor Horan .

10.) The (SRSTC) Medical Staffs And Non-Medical Staffs, With Including Treatment Teams Unit Managers- Mike Lutz, (PCT'S), (PCS'S),And All Fore-Mention Parties/Defendants Did Personally Deliberately, Intentionally, Knowingly, And Maliciously Refused, Delayed, Denied and Hindered Me From Getting My Right Knee Replacement Surgery When They Co-Conspired, Covered-Up, Plotted, Schemed, Made False Statements In Reports, Records, Decisions In Clint Rights Investigations, (Appeals) And In My Medical Records/Files.

11.) On About (06/2018), I Was Seen By Doctor,Ness At (SRSTC), And After Seen Him I Was Scheduled An Outside Appointment To See Doctor, Horan At (Mile Bluff Hospital).

12.) From About (06/2018) Through (01/2019), I Was Scheduled To Have My Right Knee Replacement Surgery, But, With Several Denials, Delays, Refusals And hindering By All Defendants/Parties Who Denied, Delayed, Refused And Hindered Me From moving Forward With My Right Knee Replacement Surgery Because I Would Not Take Nor Be Forced To Take Non- Court Order Psychotropic Medications For False Mental Health Issues (MENTAL ILLNESSES) That I Do Not And Have Not Every Had And The Defendants/Parties, Including Dr. Johnston Falsely,Deliberately, Intentionally, Knowingly, Willingly, Callously, Vindictively, Maliciously And Unconstitutionally Conflicted Pain And Punishment And To Deceive The Courts, Judges, 980 - Evaluator From Acknowledging All Facts And Information's That's best On Complete Full Correct And Honest Truth And Not Lies, Deceptions And/Or To Deliberately Stop/Subdue Me And/Or Other Patients/peers From Having Their Constitutional Rights To Be Taken Away By Maliciously Acts And Omissions.

13.) I, Mr. Gilbert,II, Was Scheduled To Have My Right Knee Replacement To Be Done On Date On Or About (06/25/2018). And On About Date (11/2018), Dr. Daniel Knattenbraker, With Kimberly Hall, Laura Thomas,Kayla Reimann,Justine Steinmetz, Dr. Ness, With Other Medial Staffs, Non- Medial Staffs,Client Rights Facilitators (Cory Smith) And Jodie Beloungy) And Several Treatment -Staffs, Treatment-Teams, Etc., Etc.,.. All Was Clearly Informed By Dr. Kattenbraker With All Parties/Defendants That I Would Not Be Receiving No Form Of Right Knee Replacement Surgery If I Do Not Take This Psychotropic Medications As A Punishment And To Control Me Regardless If I Do

4

Or Don't Need These Type Of Psychotropic Drugs Which Has Caused Me Several Seriously Medial, Mental, Emotional, Physical Stressors All To Cause Me Deliberate Pain And Punishment When Each Parties/Defendants Stated And Documented On Record That I Would Not Have My Right Knee replacement Surgery If I Did Not Take This Psychotropic Medication Even When I Showed No Signs Of No Mental Illness Nor Showed No Signs Of Acting Out, Being Unstable Nor Shown No Justifications To Be Placed, Kept On Any Form Of Psychotropic Medications And To Be Ordered, Told To Comply With Taking Any Psychotropic Medications And If I Didn't Do So I Would Not Be Allowed To Received Any Medical Health Care And Treatments.

14.) There Was A Memo Sent Out To All Other Treatment-Staffs, To All Other Unit Managers, Directors, Medial Staffs, Treatment Providers, Staffs And To All Parties/Defendants Which This Shows One Again The Gross, Denials, Delays, Refusals, Hinder And Deliberately Acts And Omissions To Stop/Subdue Me From Having Any Form Of Medical Health Care And Treatment Best On Retaliations, Harassment's, Punishments, Maliciousness And To Inflict Pain And Punishments, Also, Because That Most Treatment-Staffs, Treatment-providers, Doctors With The Treatment-directors, Jason Smith Did Not Agree To Dr. Kattenbraker, Dr. Ness, Medical-Staffs And Dr. Johnston Mental Health Incorrect Misdiagnoses Of Me, Pro Se, Plaintiff's , Carl C, Gilbert,II..

15.) On About (01/08/2019), The Defendant's Again Co-Conspired, Covered-Up, Plotted, Schemed, And Infringed On My Constitutional Rights By Deliberately,Intentionally, Vindictively, Maliciously, Knowingly, Willingly And Unconstitutionally Denying, Delaying, Hindering Refusing And Stopping Me From Having My Right Knee Placement Surgery Based On That I Would Not Talk To Unit Manager-Mike Lutz, Unit Staffs (Rachel Fingers,Samantha Kotten, ) And Other Parties/Defendants In Other Civil Rights Actions I Filed Or Is Filing In This Court For Civil Rights-Violations.

16.) These Acts And Omissions Was (Is) Being Done Out Of Personal Attacks To Cause Me Or Inflict Pain And Punishments, And To Cause Suffering, And Injuries On My Person And Property, By Not Allowing Me To Have My Right Knee Placement Surgery And To Enforce A Arbitrary Decisions, Policies, Practices And Grossly Misconduct In Public Offices To Conduct Personal Attacks With All Parties/Defendants.

17.) I Keep Being Denied, Delayed, Hindered, Refused, Stopped/Subdued And Forced Unlawfully To Be Under Duress To Take Psychotropic Medications To Have My Right Knee Replacement Surgery For Several Years And Months. There As All Medical Staffs Fore-Mention Defendants/Parties With (1) To (60), Including Catherine Kidd, (Pa) With All Named-Defendants Have Played A Key Roll In Depriving Me In All Form Of Medical Health Care And Treatment. And To Deny Me My Right Knee Replacement Surgery Because I Refused To Take Any And All Psychotropic Medications I Did Not Need Nor Should I Be Taking.

18.) Please Have Legal Notice That On Or About On 09/09/2018, That My Court Order, Order For Medications And Treatment Was Not Renewed Based On There Was Not No Need For To Treat My For No Mental Illness Nor No Need For A Court Order For Medications Or For Treatment Due To That I Have No Mental Illness And That It Was Shown That After (3) Or (4) Years Of Being On These Psychotropic Medications I Shown And Demonstrated No Signs Of No Mental Illness, Nor Any Mental Illness As Dr. Kattenbratter, Dr.Ness, Medical Staffs, Treatment-Staff, All Parties/Defendants And Others Falsely Claimed That I Was Suffering From Bipolar, Schizophrenia And Schizeffective Disorder. To Which I Was Properly Diagnosis By Dr. Brigitte Espinoza At (SRSTC), As To Medically

5

and Mentally Diagnosis (Diagnosed) Of Having (PSTD) Chronic, Interpersonal Hype-Sensitive Disorder.

19.) This (PSTD)- Chronic And Hype- Sensitive Disorder Was Diagnosis Was Done By Dr. Espinoza On Or About 07/18/2019. And Sent To All Fore-Mention Parties/Defendants With Treatment-Team, And Medical Staffs, Staffs, To The District Attorney's Offices,To The Attorney General Offices, To The Courts And Other Court Room Proceeding To Which The Defendants Did Use False, Incorrect, Incomplete, Not True Reports,Diagnosis And Mental Illnesses To Commit Me Under A 980- Civil Commitment, And To Civil Commitment To Take Psychotropic Medications And To Treat Under A False And Unconstitutional Acts And Omissions To Cause Pain And Punishment.

20.) Most Of The Medical Staffs, Some Treatment-Staffs, (PCT'S),(PCS'S), (UNIT MANAGERS), And The Defendants/Parties Is And Trying/Attempting To Place Me Back On Psychotropic Medications To Control Me, To Justify Keeping Me Under This 980-Civil Commitment As A Sexual Violent Person. Where As I've Only Caught (3) – Behavior Disposition Reports With-In The Last (3) Years. All Was Non- Violent, Non- Aggressive Nor Any Form Of Violence.

21.) On About 03/04/2019, I Had My Right Knee Replacement Surgery At Mile Bluff Hospital, In Mauston, WI. After Several Years And Mouths Of Being Denied, Hindered, Delayed, Refused And Stopped By The Defendants , I've Was Given My Surgery After Being Under Duress In Taking Psychotropic Medications To Have My Right Knee Replacement Surgery.

22.) For About (3) Or (4) Days I Was In Mile Bluff Hospital And I Had To Be On The (CPM)- Machine Which Was Bending My Right Knee After Surgery, Also, The Doctor, Dr. Horan, Did Give His Medical Order To Have Me To Be Place On The (CPM)- Machine, To Work On My Right Knee And To Have It To Been Immediately After Surgery.

23.) Also, After My Right Knee Surgery It Was Ordered By Dr. Horan, At Mile Bluff Hospital That I Increase My Movement On The (CPM)- Machine From (80) To (120) Degrees.

24.)At My Return Back To (SRSTC), All Hospital Orders And Dr. Horan Orders Was Accompanied With Complete Instructions On My Medical Care And Treatment To Be Handed Out And Given Out To Each And All Medical Staffs And The Defendants That Is Fore- Mention In This Civil Rights Action , Complaint.

25.) On Or About 03/09/2019, When I Returned Back From Mile Bluff Hospital I Had Returned To (SRSTC) And Sent To (SKU), Skill Care Unit Which At That Time All Parties/Defendants Knew Or Should Have Known Us Any And All Medical Doctors Orders That They All Deliberately, Intentionally, Knowingly, Maliciously, Callously, Vindictively And Unconstitutionally Ignored, Delayed, Denied, Refused, Hindered And To Infringe On Civil Rights Safeguard Of Equal Protections Of The Laws.

26.) Then All Included (medical Staffs) With All Parties/Defendants, Staffs, Started Their "Personal Attacks, Their Own Personal Deliberately, Intentionally, Racial Harassment's, Retaliations, Punishments, And "malicious And Callous" By Starting To Not Following The The Doctors- John Horan Orders To Allow Me To Increase My Bending Of My Right Knee On The (CPM- MACHINE) From 80 TO 120 Degree's When I Worked My Way To Increase Bending To 100-Degrees And Was

6

Denied, Delayed, Refused And Stopped/Subdued From Doing So.
When Fore-Mention (Nurses), Medical Staffs, Kimberly Hall, Danial Kattenbraker, (Carla_Nurse), Laura Thomas, With Other Medial Staffs, (PCT'S), (PCS'S), Did Co Conspired, Plotted, Schemed, Harassed, Punished And Retaliated Against Me By Forcefully Removing The (CPM-MACHINE) From My Right Knee , And Wrote Up False Reports, Warning, Progress Reports And Notes, And Made False Statements To Justify Removing Me From The (CPM-MACHINE), By Saying Dr. John Horan, Orders State's I Do Not Go Over 80 Degrees. This Dated On About (04/20/2019)

27.) On Or About (04/2019), The Physical Therapist, Nathan Heggeseth, Clarified, Corrected And Told All Parties/Defendants, Medical Staffs And Staffs They Was Completely Wrong And I Could Be Allowed To Go 80 To 120 Degrees And Myself And The (PT-Nathan Heggeseth) Was Already At 100 Degrees.

28.) From About 03/09/2019, To This Dated Of 06/24/2019, I've Been Working With (TP- Nathan Heggeseth, On My Right Knee.

29.) On About 05/12/2019, (TP- Nathan Heggeseth) With Dr. John Horan, From Mile Bluff Hospital Did Recommended I Have Another Right Knee Surgery To Bend And Straighen Out My Right Knee. Due To The ( Scar Tissues) And My Muscles Would Not Allow Me To Properly Bend My Right Knee.

30.) Dr. John Horan, Ordered That Manipulation Surgery On About 05/12/2019, And On 06/17/2019, I Was Denied, Refused, Hindered, Delayed And Stopped/Subdued To Go To This Right Knee Surgery Because All Of The Parties/Defendants And (SRSTC)- Rules, Policies, Procedures, And Arbitrary Decisions To Deny Many Patients And Myself To Go To Outside Scheduled Appointments, Surgeries And Any And All Medical Health Care And Treatments Must, Shall And Should Be Mandated In Accordance To My Constitutional Rights That Is All Patients, Human Being Rights..... Which These Ex Post Facto Laws That (SRSTC) And The Parties/Defendants Have Created Has Caused Many Patients / Peers (Myself) To Be Refused, Denied, Delayed And Hindered From Having Medical Procedures, Surgeries. Just Because I Wanted My T.V., Boombox And DVD- PLAYER, That The Rules Policies And Procedures States And Is Mandated In Policies. However, The All The Fore-Mention Medical Staffs, Directors, Supervisors, The Governor And (DHS) Secretary Have Created An Unwritten And Arbitrary Practice That States Contradict The Written Policies On The Books. Where As In Short It States " If You ( A PATIENTS) Going To Being Out On A Procedures On An Medical Treat That They Must Go To Skill Care Unit The Night Before The Medical Procedures And If They Are Going To Be At (SKU) Skill Care Unit, More Then 24-48 Hours, He (I) Is Allowed To Bring His Electronics's With Him.

31.) On 06/16/2019, I Was Scheduled To Go To (SKU)- Skill Care Unit That Night At 8:30 PM, When (HSU) Nurse- Justine Steinmetz And Another Nurse Celina P'ffaf-Jump Called Me Down To Tell Me I Got My Right Knee Surgery On 06/17/2019, And I Have To Go Down To (SKU) That Night . To Shower Only That Night And In The Morning Before Surgery, No Drinking After 12:00 Pm.

32.)
On 05/12/2019, All Fore-Named Parties/Defendants Including Megan L. Miller, Daniel Kattenbraker, Medial Staffs, Nurses, Mike Lutz, Rachel Fingers, Samantha Kotten , With (1) To (100) Medial Staffs And Non- Medial Staffs Did Knowingly, Willingly, Intentionally And Deliberately To Deny, Delay,

Hinder, Refuse And To Stop/Subdue Me From Having My Right Knee Replacement Surgery For At Least Several Months. And As Of Today (10/04/2019) I Have Not Had This Manipulation On My Right Knee By To Which To Punish Me, And For To Retaliate ,Harass And To Stop Me And All Patients From Having Medical Surgeries, Medical Procedures And Other Mandated/Inquired Medical Health Care And Treatments.

33.) On 06/17/2019, Both Dr. Ness And Physical Therapist- Nathan Heggeseth Verbally Told Me That I Would Be Down On (SKU), Skill Care Unit For (2) No More Then (3) Days For My Right Knee Manipulation To Bend My Knee Back And Forth, Due To The Build Up Scar Tissues And Muscles Preventing Me To Bend My Right Knee. Also, On 06/17/2019, I Never Refused Nor Did I Deny To Go To (SKU), Skill Care Unit To Have My Manipulation Surgery Done No My Right Knee. Nor I Believe That The Parties/Defendants, (DOC), (DHS), (SRSTC), The State Of Wisconsin, Governor-Tony Evers, Appointed State, Local Employees And Employers Under Any And All Color Of Laws In Their Individual And Official Capacity And All Parties/Defendants In This Civil Rights Action Shall, Should And Must Not Be Allowed To Deliberately, Intentionally, Knowingly, Willingly, Callously, Maliciously, Racially And Vindictively To Infringe, Inflict And Unconstitutional Violations, Pain And Punishment On (Me) And Many More (BLACKMANS!), And Minorities At Sand Ridge Secure Treatment Center. With The Rules, Policies And Procedures At The Time Stated That All Patients Going To Skill Care Unit (SKU), " States: 24-48 Hours Being On (SKU), (I AM ) Patients Are Allowed To Bring Their "ELECTRONICS"...

34.) I Am In A Lot Of Physical Chronic Pain And Suffering Based On Personal Attacks, Racial Discrimination's, Punishments, Discrimination, Harassment, Retaliations For Me Filing Preparing To File Civil Rights Actions, Filing Past, Present And Future Civil Rights Actions, Complaints, Appeals, Patient Requests, Legal Correspondences, Legal Notices And All Other Communications And To Their Subordinated State And Local Officials ,Government And (DHS), (SRSTC) And (DOC) Staffs, officials, Secretaries, Treatment Staffs, Medical Staffs, Security Directors, Directors, Deputy Directors, The Courts. In Which All Parties/Defendants With Client Rights Facilitators, Cory Smith And Jody Beloungy Who Also Covered-Up,Schemed, Plotted, Lied And Made False Reports, Records And Co-Conspired With All Defendants To Inflict Pain And Punishment Against My Person And Property.

35.) The State Of Wisconsin, Department Of Health Services, With (DHS), Andrea Palm, Governor-Tony Evers, Megan L, Miller-Treatment Provider, Doug Bellie- Director, And With Other Parties/Defendants, (1) To (60) John Does/ Jane Does Defendants Who Did Play A Big Part In Denying, Delaying, Refusing, Hindering And Outright Stopping/ Subduing Me From Having Type Of Medical Health Care And Treatment Based Off I Would Not Take Psychotropic Medications That I'm Not Court Ordered To Take. Also, For Exercising My Constitutional Rights, Equal Protection Of The Laws, Also, Both (STATE ) And (FEDERAL) Laws And (DHS- 94) Chapter Of The Administration Codes Of Wisconsin.

36.) Parties/Defendants, Dr. Hugh Johnston, The Mental Health Committee That Placed Me On Order To Civil Commitment To Take Psychotropic Medications From (08/2015) To (09/09/2019) Did Deliberately, Intentionally, And Maliciously Did Violate My Constitutional Rights By Inflicting Pain And Punishments To Justify Saying I Suffered From A Mental Disorders And I Was Sexually Dangerous Both To Fit The (980)- Criteria And To Civilly Commitment To An (Wis. Stats.§ 51)-Chapter. Megan L, Miller, Caroline Pierre- (Former) Act-Supervisor At (SRSTC), With Other Medial And Mental Health Care And Treatment Staffs, Providers, Treatment Teams That All Did Take Part In

8

Placing And Keeping Under Psychotropic Medications That (Is) And Was Uncalled For And Is Clearly A Deprivations Of My Constitutional Rights.

UNDER COLOR OF ANY LAWS:
REQUESTED RELIEFS:

1.) Compensatory And Exemplary Damages In The Amount Of $ 1,000.00 Per Each Patient Rights Violations As Permitted Separately And Jointly Under Wis. Stats. § 51.61 (7) (B).

2.) Award Of Mr. Carl C, Gilbert,II, Costs And Relevant Fees Associated With The Commencement And Completion Of This Lawsuit As Permitted Under Wis. Stats. § 51.61 (7) (A),(B) And (c) Attorney's Fees And Costs.

3.) Compensatory Damages In The Amount Of $ 500. Million Dollars For Mental,Medical, Emotional, Financial And Psychological Damages,Stressors As A Result Of The Defendants Actions.

4.) Exemplary And Punitive Damages In The Amount Of $ 1.8 Billion Dollars For Each Constitutional Rights That Was (IS) Being Caused, Committed By All Parties/Defendants To Deliberately, Maliciously And Done In Ill- Matter To Inflict Gross Pain And Punishment To Mr. Gilbert,II, And For All Patient Rights That Was And (IS) Still Being Violated Against My Will, As A Result Of The Defendant's Actions.

5.) TRO/PI INJUNCTION ORDER, To Be Immediately Placed On All Parties/Defendants For All Pasted, Present And Future Personal Attacks,Punishments And Cruel And Unusual Punishments By The Defendants And All Subordinated (DHS) ,(DOC), (SRSTC) ,And All Fore-Mention Defendants In This Lawsuit.

6.) The Plaintiff Respectfully Asks The Court To Enjoin (SRSTC) Employees, (DHS) Employees And All Parties/Defendants From Using False Reports, Records, Ex post Facto Rules, Policies, And Procedures And Arbitrary Decisions, As A Basis To Portray Mr. Gilbert,II, In Any Kind Of Negative Light, Both Now, Or In The Future.

7.) The Plaintiff Respectfully Asks That Facility Director, Doug Bellie Permanently Remove The Ex Post Facto Rules, Procedures And Practices Of Not Allowing Patients Their Property On (SKILL CARE UNIT), Or They Will Not Be Forced To By Refused Any Type Of Medical Health Care And Treatments, Medial Surgery's, Etc..

I Carl C, Gilbert, II, Declare Under Penalty Of Perjury, That The Fore-Going Is True And Correct To The Best Of My Knowledge And Beliefs.

Respectfully Submitted

9

Carl C, Gilbert,II, Pro, Se
1111 North Road
P.O. Box 800
Mauston, WI. 53948-0800

(608) 847-3348

Dated: 1 - 15 ,2020,

Notary Services:

Subscribed and sworn to before me
this 15 day of Jan ,20 .
Notary Public, State of Wisconsin
My commission expires: 6-6-23