IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARL C. GILBERT, II,

                Plaintiff,

  v.

                                                ORDER

DANIEL KATTENBRAKER, ERIC NESS,
NATHAN HEGGESETH, LAURA THOMAS,       20-cv-194-jdp
KAYLA REIMAN, JUSTINE STEINMETZ,
CARLA VENABLE, COLTON WINDERS,
DR. HORAN and MILE BLUFF MEDICAL CENTER,

                Defendants.

---

Plaintiff Carl C. Gilbert II, proceeding without counsel, is a former detainee committed at Sand Ridge Secure Treatment Center. Gilbert alleges that while he was at Sand Ridge, state officials and private providers failed to provide him with adequate medical care for an injury to his right knee. I granted Gilbert leave to proceed on claims under the First and Fourteenth Amendments and under Wisconsin medical-malpractice law.

I stayed the case to recruit counsel for Gilbert, but lifted the stay after the court was unable to find counsel willing to take his case. *See* Dkt. 113. I directed Gilbert to inform the court whether he would proceed on his own without counsel or dismiss the case without prejudice. *Id.* I stated that if Gilbert failed to respond to my order, I would construe his silence to mean that he chooses to dismiss the case. It is now more than two weeks past Gilbert's September 11 deadline to respond and he has not done so. I will dismiss this case without prejudice.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED without prejudice.

2. The clerk of court is directed to enter judgment accordingly and close the case.

Entered September 30, 2025.

                    BY THE COURT:

                    /s/

                    _____
                    JAMES D. PETERSON
                    District Judge